IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00831-RPM

ANTHONY HANNAH,

    Plaintiff,

vs.

TRULITE GLASS & ALUMINUM SOLUTIONS, LLC, dba TRULITE GLASS,

    Defendant.

_____

ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER
_____

**THIS MATTER**, having come to be heard upon the Parties' Joint Motion to Modify Scheduling Order [18], the Court having reviewed same and being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Joint Motion to Modify Scheduling Order is **GRANTED**. The fact witness and party deposition deadline shall be extended to November 14, 2014, and the number of Requests for Production of Documents shall be increased to 30.

DATED: August 26th, 2014

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior Judge