IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-CV-00831-RPM

ANTHONY HANNAH,

    Plaintiff,

vs.

TRULITE GLASS & ALUMINUM SOLUTIONS, LLC, dba TRULITE GLASS,

    Defendant.

_____

ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

**THIS MATTER,** having come to be heard upon the Parties' Stipulation for Dismissal with Prejudice [32], the Court having reviewed the same and being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Stipulation for Dismissal with Prejudice is **GRANTED** and all claims and causes of actions of Plaintiff against Defendant are hereby dismissed with prejudice, each party to pay its own costs and attorneys' fees.

DATED: March 24th, 2015

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge